UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| RAYMOND EDWARD CHESTNUT, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 7:18-cv-105-GFVT |
| | ) | |
| v. | ) | |
| | ) | **JUDGMENT** |
| FEDERAL BUREAU OF PRISONS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

\*\*\*  \*\*\*  \*\*\*  \*\*\*

Consistent with the Memorandum Opinion and Order entered contemporaneously herewith, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1.       Plaintiff Raymond Edward Chestnut's complaint [**R. 1**] is **DISMISSED**;

2.       Judgment is entered in favor of the Defendant with respect to all issues raised in this proceeding;

3.       This action is **DISMISSED** and **STRICKEN** from the Court's active docket; and

4.       This is a **FINAL** and **APPEALABLE** judgment and there is no just cause for delay.

This the 14th day of November, 2018.

Gregory F. Van Tatenhove
United States District Judge